1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  GARY ANTHONY SANCHEZ, | Case No. LACV 15-1947-AG (LAL) |
| 11              Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| 12       v. | |
| 13  W.L. MONTOGMERY, | |
| 14              Respondent. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

1     3.     The Clerk serve copies of this Order on the parties.

4   DATED: _October 30, 2016_____      _____

                                                        HONORABLE ANDREW J. GUILFORD
                                                        UNITED STATES DISTRICT JUDGE