# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ANTHONY SANCHEZ,<br><br>             Petitioner,<br><br>     v.<br><br>W.L. MONTGOMERY,<br><br>             Respondent. | Case No. LACV 15-1947-AG (LAL)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: __October 30, 2016_____          _____
                                                                    HONORABLE ANDREW J. GUILFORD
                                                                    UNITED STATES DISTRICT JUDGE